UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

v.

EMMANUEL GUOBADIA,

        Defendant.
_____

**ORDER**

6:16-CR-06036 EAW

Defendant Emmanuel Guobadia ("Defendant"), proceeding *pro se*, has been charged in an eight-count Indictment with four counts of wire fraud in violation of 18 U.S.C. §§ 1343 and 2, and four counts of aggravated identity theft in violation of 18 U.S.C. §§ 1028A(a)(1) and 2. (Dkt. 6). In December 2018, Defendant was transferred to the Northeast Ohio Correctional Center (the "Correctional Center") to assist him in preparing for trial. At an appearance before the undersigned on February 1, 2019, Defendant requested that the Court issue an order permitting him to have more time in the law library at the Correctional Center due to his status as a *pro se* criminal defendant.

In light of Defendant's *pro se* status, it is essential that Defendant be afforded sufficient access to the law library in order to prepare for his upcoming trial scheduled to commence on June 21, 2019. Accordingly, it is

ORDERED that the United States Marshal Service shall direct the Correctional Center to afford Defendant access to the law library consistent with any applicable rules and regulations governing inmate safety and security during weekly operating hours, as well as weekends and holidays, until further Order of the Court.

- 1 -

SO ORDERED.

_____
ELIZABETH A. WOLFORD
United States District Judge

Dated: February 4, 2019
       Rochester, New York